IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

THOMAS BURNS, :

    Plaintiff, :

vs. : CIVIL ACTION 06-00439-CG-B

DEBORAH D. McGOWIN, :

    Defendant. :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED with prejudice** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(I).

**DONE and ORDERED** this 9th day of June, 2008.

                                            /s/ Callie V. S. Granade
                                            CHIEF UNITED STATES DISTRICT JUDGE